## STATE OF HAWAII *v.* DENNIS MATIAS.

## No. 4696.

JULY 16, 1969.

RICHARDSON, C.J., MARUMOTO, ABE AND LEVINSON, JJ., AND CIRCUIT JUDGE WONG ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

Circuit Judge Wong, having dissented from the opinion of the court, does not concur.

*Dennis A. Ing,* Deputy Prosecuting Attorney (with, *Barry Chung,* Prosecuting Attorney) for the petition.